UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No.

**Yang, Lao Pao**
    Debtor(s)

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SEC. 521(a)(1)(B)(iv)

[✓] **Debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filng of the petition from any employer because:

    [ ] Debtor was not employed during the 60 days preceding the filing of the petition.

    [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.

    [ ] Debtor was self-employed during the 60 days preceding the filing of the petition.

    [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____/s/_____  Date: 3-24-14

*********************************************************************

[ ] **Joint debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filng of the petition from any employer because:

    [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition.

    [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.

    [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition.

    [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition.

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____  Date: _____

https://region03.k12.mn.us/smarteress/pay_detail.aspx?record_no=38...

Lao Yang

### Community of Peace Academy
471 Magnolia Ave E St Paul, MN 55130
Phone: Fax:

# Pay Stub

View Other Pay Stubs

02/28/2014 Net Pay: $1,059.52

**Pay Check**

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,059.52 |
|  |  |  | Total | $1,059.52 |

**Pay**

|  | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 02/28/2014 | 0.0000 | $0.00 | $1,437.04 |
|  |  |  | Total | $1,437.04 |

**Deductions**

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $100.59 |
| Total | $100.59 |

**Benefits**

|  | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Medicare - Employer | $20.84 |
| Dental Benefit | $21.22 |
| OASDI - Employer | $89.10 |
| TRA Board | $100.59 |
| Health Benefit | $291.50 |
| Total | $529.93 |

**Taxes**

|  | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $118.12 | $1,336.45 |
| Medicare | $20.84 | $1,437.04 |
| MN Income Tax | $48.87 | $1,336.45 |
| OASDI | $89.10 | $1,437.04 |
| Total | $276.93 |  |

**Community of Peace Academy**

471 Magnolia Ave E St Paul, MN 55130

Phone: Fax:

Lao Yang

# Pay Stub

View Other Pay Stubs

02/14/2014 Net Pay: $1,445.72

**Pay Check**

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,445.72 |
| | | | Total | $1,445.72 |

**Pay**

| | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 02/15/2014 | 0.0000 | $0.00 | $1,437.04 |
| PLC/Summer plan | 01/31/2014 | 1.0000 | $560.00 | $560.00 |
| | | | Total | $1,997.04 |

**Deductions**

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $139.79 |
| Total | $139.79 |

**Benefits**

| | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Dental Benefit | $21.22 |
| Medicare - Employer | $28.96 |
| OASDI - Employer | $123.82 |
| TRA Board | $139.79 |
| Health Benefit | $291.50 |
| Total | $611.97 |

**Taxes**

| | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $182.82 | $1,857.25 |
| Medicare | $28.96 | $1,997.04 |
| MN Income Tax | $75.93 | $1,857.25 |
| OASDI | $123.82 | $1,997.04 |
| Total | $411.53 | |

Lao Yang

# Community of Peace Academy
471 Magnolia Ave E St Paul, MN 55130
Phone: Fax:

## Pay Stub

View Other Pay Stubs

01/31/2014 Net Pay: $1,059.54

### Pay Check

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,059.54 |
| | | | Total | $1,059.54 |

### Pay

| | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 01/31/2014 | 0.0000 | $0.00 | $1,437.04 |
| | | | Total | $1,437.04 |

### Deductions

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $100.59 |
| Total | $100.59 |

### Benefits

| | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Medicare - Employer | $20.83 |
| Dental Benefit | $21.22 |
| OASDI - Employer | $89.09 |
| TRA Board | $100.59 |
| Health Benefit | $291.50 |
| Total | $529.91 |

### Taxes

| | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $118.12 | $1,336.45 |
| Medicare | $20.83 | $1,437.04 |
| MN Income Tax | $48.87 | $1,336.45 |
| OASDI | $89.09 | $1,437.04 |
| Total | $276.91 | |

3/9/2014 8:17 PM

Lao Yang

**Community of Peace Academy**
471 Magnolia Ave E St Paul, MN 55130
Phone: Fax:

# Pay Stub

View Other Pay Stubs

01/15/2014 Net Pay: $1,059.52

**Pay Check**

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,059.52 |
| | | | Total | $1,059.52 |

**Pay**

| | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 01/15/2014 | 0.0000 | $0.00 | $1,437.04 |
| | | | Total | $1,437.04 |

**Deductions**

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $100.59 |
| Total | $100.59 |

**Benefits**

| | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Medicare - Employer | $20.84 |
| Dental Benefit | $21.22 |
| OASDI - Employer | $89.10 |
| TRA Board | $100.59 |
| Health Benefit | $291.50 |
| VEBA-Boardshare | $300.00 |
| Total | $829.93 |

**Taxes**

| | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $118.12 | $1,336.45 |
| Medicare | $20.84 | $1,437.04 |
| MN Income Tax | $48.87 | $1,336.45 |
| OASDI | $89.10 | $1,437.04 |
| Total | $276.93 | |

ay Stub

https://regib03/26/m4us(smarterless/pay_detail.aspx?record_no=37...

**Community of Peace Academy**                                      Lao Yang

471 Magnolia Ave E St Paul, MN 55130

Phone: Fax:

# Pay Stub

View Other Pay Stubs

12/31/2013 Net Pay: $1,057.94

**Pay Check**

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,057.94 |
|  |  |  | Total | $1,057.94 |

**Pay**

|  | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 12/31/2013 | 0.0000 | $0.00 | $1,437.04 |
|  |  |  | Total | $1,437.04 |

**Deductions**

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $100.59 |
| Total | $100.59 |

**Benefits**

|  | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Medicare - Employer | $20.83 |
| Dental Benefit | $21.22 |
| OASDI - Employer | $89.10 |
| TRA Board | $100.59 |
| Health Benefit | $291.50 |
| Total | $529.92 |

**Taxes**

|  | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $119.37 | $1,336.45 |
| Medicare | $20.83 | $1,437.04 |
| MN Income Tax | $49.21 | $1,336.45 |
| OASDI | $89.10 | $1,437.04 |
| Total | $278.51 |  |

Pay Stub  https://regionv.k12.mn.us/smarter/ess/pay_detail.aspx

**Community of Peace Academy**  Lao Yang
471 Magnolia Ave E St Paul, MN 55130
Phone: Fax:

# Pay Stub

View Other Pay Stubs

03/14/2014 Net Pay: $1,164.38

### Pay Check

| Payment Type | Account Type | Financial Institution | Account | Amount |
|---|---|---|---|---|
| Direct Deposit | Checking | TCF Bank | *****676 | $1,164.38 |
| | | | Total | $1,164.38 |

### Pay

| | End Date | Units | Rate | Amount |
|---|---|---|---|---|
| Teacher Contract | 03/15/2014 | 0.0000 | $0.00 | $1,437.04 |
| Aft Sch programs | 02/28/2014 | 1.0000 | $150.00 | $150.00 |
| | | | Total | $1,587.04 |

### Deductions

| (* = Pre-Tax) | Amount |
|---|---|
| TRA * | $111.09 |
| Total | $111.09 |

### Benefits

| | Amount |
|---|---|
| Life Board | $2.80 |
| LTD Board | $3.88 |
| Dental Benefit | $21.22 |
| Medicare - Employer | $23.01 |
| OASDI - Employer | $98.39 |
| TRA Board | $111.09 |
| Health Benefit | $291.50 |
| VEBA-Boardshare | $300.00 |
| Total | $851.89 |

### Taxes

| | Amount | Taxable Income |
|---|---|---|
| Federal Income Tax | $134.96 | $1,475.95 |
| Medicare | $23.01 | $1,587.04 |
| MN Income Tax | $55.21 | $1,475.95 |
| OASDI | $98.39 | $1,587.04 |
| Total | $311.57 | |